No. 45627.—Protest 873102–G of William Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel cigarette whistles in part of bamboo were held dutiable at 45 percent under paragraph 409. Abstract 39509 followed. Kazoos similar to those the subject of Abstracts 44122 and 32264 were held dutiable at 45 percent under paragraph 397.